```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
CONTINENTAL PLANTS GROUP, LLC,       :
                                     :
        Plaintiff,                   :
                                     :    21-cv-8677 (JSR)
            -v-                      :
                                     :       ORDER
ALPHA INTERNATIONAL, INC., et al.,   :
                                     :
        Defendants.                  :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

Now before the Court are the parties' cross motions for summary judgment. ECF Nos. 26, 30. Upon due consideration, the Court grants summary judgment in favor of plaintiff Continental Plants Group, LLC. The Court will issue an opinion in due course setting forth the reasons for this ruling.

SO ORDERED.

Dated:   New York, NY                    _____
         May 18, 2022                    JED S. RAKOFF, U.S.D.J.