**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CONTINENTAL PLANTS GROUP, LLC,

                    Plaintiff,

   -against-                                    21 **CIVIL** 8677 (JSR)

                                                             **<u>JUDGMENT</u>**

ALPHA INTERNATIONAL, INC., et al.,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Order dated June 13, 2022, and as the Court stated by bottom-line order dated May 18, 2022, see ECF No. 43, summary judgment is granted in favor of plaintiff CPG.

**Dated:**  New York, New York

        June 13, 2022

                                                                             **RUBY J. KRAJICK**

                                                                             **Clerk of Court**
                                                **BY:**    *K. Mango*
                                                                             **Deputy Clerk**