UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONTINENTAL PLANTS GROUP, LLC.<br><br>Plaintiff,<br><br>v.<br><br>ALPHA INTERNATIONAL, INC., J. LLOYD INTERNATIONAL, INC., J. K. MANUFACTURING CO., and J. K. PROPERTIES, LC<br><br>Defendants. | CASE NO. 21-cv-8677-JSR |

## JUDGMENT

The Court has ORDERED, ADJUDGED AND DECREED that the plaintiff Continental Plants Group, LLC ("CPG") shall recover from defendants Alpha International, Inc. ("AII"), J. Lloyd International, Inc. ("JLII"), J.K. Manufacturing Co. ("JKMC"), and J. K. Properties, LC ("JKP"), jointly and severally, the amount of one million eighty five thousand dollars ($1,085,000), plus post judgment interest at the Federal Rate, along with costs, for the reasons stated in the Court's Memorandum Order dated June 10, 2022 (and filed on June 13, 2022), and as the Court stated by bottom-line order dated May 18, 2022, wherein summary judgment was granted in favor of plaintiff CPG.

Dated: New York, New York
June 13, 2022

_____
Hon. Jed S. Rakoff
United States District Judge