UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONTINENTAL PLANTS GROUP, LLC. <br><br> Plaintiff, <br><br> v. <br><br> ALPHA INTERNATIONAL, INC., <br> J. LLOYD INTERNATIONAL, INC., <br> J. K. MANUFACTURING CO., and <br> J. K. PROPERTIES, LC. <br><br> Defendants. | CASE NO. 21-cv-8677 <br><br> **ORDER** |

JED S. RAKOFF, U.S.D.J.

      Based on plaintiff Continental Plant Group, LLC's June 17, 2022 application, and on the telephonic conference held that same day, it is hereby ORDERED that the automatic stay of proceedings to enforce a judgment, pursuant to Federal Rule of Civil Procedure Section 62(a), is reduced to ten days in the above captioned matter; that the stay shall apply to discovery proceedings against non-parties; and that post-judgment discovery against Defendants may commence immediately.

      SO ORDERED.

DATED this 17th day of June 2022
          New York, New York

                                            _____
                                            Hon. Jed S. Rakoff
                                            United States District Judge